444 F.2d 540
 STATE OF ALABAMA et al., Plaintiffs-Appellants,
v.
UNITED STATES of America et al., Defendants-Appellees.
 No. 30287 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 21, 1971.
 
 Joseph D. Phelps, Sp. Asst. Atty. Gen. of Ala., MacDonald Gallion, former Atty. Gen. of Ala., Gordon Madison, Asst. Atty. Gen. of Ala., William J. Baxley, Atty. Gen. of Ala., Montgomery, Ala., for plaintiffs-appellants.
 C. S. White-Spunner, Jr., U. S. Atty., Irwin W. Coleman, Jr., Mobile, Ala., Jerris Leonard, Asst. Atty. Gen., Chief, Civ. Rights Div., John N. Mitchell, Atty. Gen., Dept. of Justice, Washington, D. C., Vernon Crawford, A. J. Cooper, Jr., Mobile, Ala., Jack Greenberg, James M. Nabrit, III, Norman J. Chachkin, New York City, David L. Norman, Deputy Asst. Atty. Gen., Joseph B. Scott, Atty., U. S. Dept. of Justice, Washington, D. C., for the United States.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] See also, North Carolina State Board of Education v. Swann, 402 U.S. 43, 91 S.Ct. 1284, 28 L.Ed.2d 586 [1971].
 
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966